**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WINDHAM,<br><br>         Plaintiff,<br><br>   v.<br><br>C. RODRIGUEZ, et al.,<br><br>         Defendants. | Case No.: 1:16-cv-00979-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>[ECF No. 18] |

Plaintiff Charles Windham is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Currently before the Court is Defendant Rodriguez's first request for an extension of time to respond to the complaint, filed March 28, 2017. (ECF No. 18.) Defense counsel declares in support that about two weeks are needed to obtain documents and prepare a motion under Local Rule 151(b) in response to the complaint. Defendant seeks an extension until April 27, 2017 to bring that motion.

Good cause appearing, it is HEREBY ORDERED that Defendant's response to Plaintiff's complaint shall be filed and served on or before April 27, 2017.

IT IS SO ORDERED.

Dated:  **March 28, 2017**

UNITED STATES MAGISTRATE JUDGE