**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES WINDHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>C. RODRIGUEZ, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-00979-AWI-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTION TO DISCOVERY AND SCHEDULING ORDER<br>[ECF No. 30]<br><br>ORDER REGARDING PLAINTIFF'S DECLARATION, FILED MAY 17, 2017<br>[ECF No. 31] |

Plaintiff Charles Windham is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 17, 2017, Plaintiff filed an objection to the discovery and scheduling order issued on April 26, 2017 (ECF No. 29.) Plaintiff objects that the deadlines are one year too short, except for the deadline for filing motions for summary judgment under Federal Rule of Civil Procedure 56 for the failure to exhaust administrative remedies. Plaintiff asserts that the other deadlines should be continued one year, because CDCR defendants will engage in obstructive, dilatory, and bad faith tactics and strategies.

Plaintiff also filed a declaration in support, stating that he attempted to obtain copies of his objection, but his request was denied because the library technician assistant said she is not a librarian. Plaintiff asserts that this impediment obstructs the equitable and expeditions resolution of this case.

1

Plaintiff's request to advance the deadlines in the discovery and scheduling order (ECF No. 29) is HEREBY DENIED, as no good cause has been shown, and his assertions are speculative. Plaintiff is admonished to propound his discovery requests and proceed with his litigation with all diligence so as avoid any prejudice to him in having discovery disputes close to the deadline.

IT IS SO ORDERED.

Dated:   **May 18, 2017**

UNITED STATES MAGISTRATE JUDGE