1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WINDHAM,<br><br>    Plaintiff,<br><br>v.<br><br>C. RODRIGUEZ,<br><br>    Defendant. | Case No.: 1:16-cv-00979-AWI-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE OF MISSING COMPLETED COURT CASE/ACTION DOCUMENTS<br><br>[ECF No. 48] |

Plaintiff Charles Windham is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claim of excessive force against Defendant C/O Rodriguez. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Currently before the Court is Plaintiff's document entitled, "Notice of Missing Completed Court Case/Action Documents and Ongoing Willful Obstruction by Defendants Agewnts and Emplyees Et5c." (ECF No. 48) (errors in original). Plaintiff states that he understands his opposition to Defendant's pending motion for summary judgment, and that the close of discovery, have impending deadlines. However, when Plaintiff recently returned to his assigned housing unit, his case documents that were completed and ready for copying were missing. The documents could not be located after a diligent search. Plaintiff contends that this represents ongoing obstruction by Defendant and/or agents of Defendant to frustrate Plaintiff's litigation.

Based on Plaintiff's notice, the Court finds it appropriate to extend the time for Plaintiff to file his response to Defendant's motion for summary judgment.[1] His response shall be due within thirty (30) days from the date of service of this order. Plaintiff may inform the Court at that time whether any papers, evidence, or other materials are missing and may argue whether he is prejudiced by the loss of such materials. If necessary, the Court will allow Defendant to submit a response to any such arguments in addition to a reply brief supporting Defendant's motion for summary judgment.

Plaintiff does not specify what discovery matters were impacted by this issue, but the Court notes that the deadline for the completion of all discovery, including all motions to compel discovery, is December 26, 2017. (ECF No. 29, at p. 2.) Discovery requests and deposition notices must be served sufficiently in advance of that deadline to permit time for a response and time to prepare and file any motion to compel. If Plaintiff requires any relief regarding the discovery deadline based on this matter, he should file a motion supported by good cause as soon as possible. Any such motion must be filed no later than the December 26, 2017 deadline. (Id. at 3.)

Finally, the Court also notes that Plaintiff uses insulting and inappropriate language regarding Defendant, counsel, and the Court in his notice. Such language will not be tolerated, and may subject a party to sanctions. The Court continues to exercise respect for all parties, but Plaintiff needs to focus on his case because no case was ever advanced by insults. The Court treats all parties, counsel, and anyone who appears before the Court with respect. Respectful behavior and appropriate decorum is likewise expected of anyone who appears before the Court. After all, according to Jean-Jacques Rousseau, "Insults are the arguments employed by those who are in the wrong." If, on the other hand, Plaintiff's "insults" are intended as a request for dismissal or a future request for dismissal of his case, he can work with defendants to file a stipulation in conformity with the requirements of Fed. R. Civ. P. 41.

///

///

---

[1] It should be noted with the utmost clarity that the Court makes no finding whatsoever as to whether Plaintiff's contentions are in fact true. The defendants have not been given an opportunity to heard so making such a finding would be prejudicial to them. In extending the time, the Court merely exercises its inherent discretion to give the Plaintiff this additional time to adjudicate his case.

Accordingly, it is HEREBY ORDERED that Plaintiff's response to Defendant's motion for summary judgment shall be filed within **thirty (30) days** of the date of service of this order.

IT IS SO ORDERED.

Dated:   **December 1, 2017**

_____
UNITED STATES MAGISTRATE JUDGE